256

(No. 75-CC-245— )

SUMTER MEMORIAL HOSPITAL, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed January 14, 1975.*

SUMTER MEMORIAL HOSPITAL, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-266— )

FLORA SAKORNSIN, M.D., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed January 14, 1975.*

FLORA SAKORNSIN, M.D., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; MARTIN A. SOLL, Assistant Attorney General, for Respondent.

STATE COMPTROLLER ACT—*replacement warrants.* If the Comptroller refuses to draw and issue a replacement warrant; or if a warrant has not been paid after one year from date of issuance; persons who would be entitled under Ch. 15, Sec. 210.10, Ill.Rev.Stat., 1973, to request a replacement warrant may file an action in the Court of Claims for payment.

PER CURIAM.

(No. 75-CC-304— )

VULCAN SIGNS AND STAMPINGS, INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed January 14, 1975.*

VULCAN SIGNS AND STAMPING, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-305—)

VULCAN SIGNS AND STAMPINGS, INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed January 14, 1975.*

VULCAN SIGNS AND STAMPINGS, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-306—)

VULCAN SIGNS AND STAMPINGS, INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed January 14, 1975.*

VULCAN SIGNS AND STAMPINGS, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.